UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MIRTHA F GUELL                                      CASE NO.: 18-13056-LMI
*aka* MIRTHA FLORENCIA GUELL            CHAPTER: 13

     Debtor(s),
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW,** attorneys for **Baxter Credit Union,** hereby enters its *Notice of Appearance* in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address: 5501SW134 Ave, Miami, FL 33175

- Last Four Digits of Loan Number: 1794

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

/s/Scott Lewis, Esq.
Scott Lewis, Esq.
FBN. 112064
813-221-4743 xt. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: slewis@albertllilaw.com

ALAW FILE NO. 18-13056

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2018, I served a copy of the foregoing upon:

**SERVICE LIST**

**Mirtha F Guell**
5501 SW 134th Ave
Miami, FL 33175

**Mary Reyes, Esq**
782 NW 42 Ave #447
Miami, FL 33126

**Nancy K. Neidich**
www.ch13miami.com
POB 279806
Miramar, FL 33027

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/Scott Lewis, Esq.
Scott Lewis, Esq.
FBN. 112064
813-221-4743 xt. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: slewis@albertellilaw.com

ALAW FILE NO. 18-012196